IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHALMON J. STENNIS and DR. LAUREN STENNIS, DDS | § | CIVIL ACTION NO. 2:24-cv-00269 |
| *Plaintiffs*, | § | DISTRICT JUDGE MORGAN |
| v. | § | MAGISTRATE JUDGE CURRAULT |
| THE MOORINGS OF OAK HARBOR PROPERTY OWNERS'ASSOCIATION, INC., COMMUNITY MANAGEMENT, LLC, MICHAEL FELGER, and KELLY CAMPBELL | § | |
| *Defendants*. | | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Shalmon J. Stennis and Dr. Lauren Stennis, and Defendants, The Moorings of Oak Harbor Property Owners' Association, Community Management, LLC, Michael Felger, and Kelly Campbell hereby stipulate as follows:

1. All claims alleged against Kelly Campbell in the above-entitled action are dismissed in their entirety without prejudice.
2. All costs shall be paid by the party incurring same.

Respectfully Submitted,

*/s/ Artis G. Ulmer, III*____________
Artis G. Ulmer, III (LSBA #36290)
artisgu@gmail.com
26906 Autumn Timbers Lane
Cypress, TX 77433
(504) 782-9759

**Counsel for Plaintiffs**

/s/ Caroline J. Mowrey________________
Nancy A. Cundiff (#27974)
ncundiff@grsm.com
Caroline J. Mowrey (#37295)
cmowrey@grsm.com
**Gordon Rees Scully Mansukhani, LLP**
201 St. Charles Ave, Ste. 2500
New Orleans, LA 70170
(504) 528-3088
(504) 586-3419 *fax*

**Counsel for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on the 8th day of January 2025. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Artis G. Ulmer, III*____
Artis G. Ulmer, III