IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHALMON J. STENNIS and<br>DR. LAUREN STENNIS, DDS<br><br>*Plaintiffs*,<br><br>v.<br><br>THE MOORINGS OF OAK HARBOR PROPERTY OWNERS'ASSOCIATION, INC., ET AL.<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-00269<br><br>DISTRICT JUDGE MORGAN<br><br>MAGISTRATE JUDGE CURRAULT |

**NOTICE OF SETTLEMENT**

Plaintiffs hereby advise this Court that all matters were amicably resolved in this case and respectfully move the Court to issue a conditional order dismissing this action and all parties, without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within sixty days from the date the order is signed.

Respectfully submitted,

**SHACKELFORD, MCKINLEY & NORTON, LLP**

*/s/ Artis G. Ulmer III*
Artis G. Ulmer, III, #36290
717 Texas Ave., 27th Floor
Houston, Texas 77002
832.415.1773 direct
aulmer@shackelford.law

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was sent to all counsel of record on the 28th day of October 2025 by operation of the Clerk's electronic filing system.

*/s/ Artis G. Ulmer, III*
Artis G. Ulmer, III