**RECEIPT, RELEASE, AND INDEMNIFICATION AGREEMENT**

This Receipt, Release, and Indemnification Agreement (the "Settlement Agreement") is made and entered into this 10th day of February, 2026, by **SHALMON STENNIS AND DR. LAUREN STENNIS** (hereinafter referred to as **"PLAINTIFFS")**, who hereby release and forever discharge **THE MOORINGS OF OAK HARBOR PROPERTY OWNER'S ASSOCIATION, INC., COMMUNITY MANAGEMENT, LLC, MICHAEL FELGER, AND KELLY CAMPBELL (hereinafter referred to as "DEFENDANTS")**, and their agents, underwriters, insurers, reinsurers, employees, directors, officers, predecessors, parents, successors, and/or affiliated corporations, partnerships, political subdivisions, operating entities, subsidiaries, etc., including but not limited to Continental Casualty Company, CNA Insurance, and Nautilus Insurance Company, from any and all claims and causes of action that arise from the INCIDENT, as described below.

**WHEREAS, PLAINTIFFS** claim damages arising from **DEFENDANTS'** alleged discriminatory practices in issuing fines, notices, and/or fees related to **PLAINTIFFS'** alleged violations of the governing documents of The Moorings of Oak Harbor Property Owners Association, Inc. relating to their residence located at 208 Solomon Drive, Slidell, Louisiana 70458, in The Moorings of Oak Harbor residential subdivision (hereinafter referred to as the "**INCIDENT**"). Following the **INCIDENT**, **PLAINTIFFS** filed suit against **THE MOORINGS OF OAK HARBOR PROPERTY OWNER'S ASSOCIATION, INC., COMMUNITY MANAGEMENT, LLC, MICHAEL FELGER, AND KELLY CAMPBELL** seeking judgment in favor of Plaintiffs, in the United States District Court for the Eastern District of Louisiana, No 2:24-cv-00269 (hereinafter referred to as the "**LAWSUIT**"). Now the Parties desire to enter into this Settlement Agreement to fully settle and discharge all claims which are or might have been brought by them upon the terms and conditions set forth below:

[redacted]

[redacted]

Shalmon Stenniss Dr. Lauren Stenniss

[redacted]

S. S
Shalmon Stennis

Dr. Lauren Stennis LS

[redacted]

Shalmon Stennis

Dr. Lauren Stennis

[redacted]

**F. <u>Governing Law and Venue</u>**

This Settlement Agreement shall be construed and interpreted in accordance with the laws of the State of Louisiana. The Parties agree that the United States District Court for the Eastern

Shalmon Stennis

Dr. Lauren Stennis

District of Louisiana will retain exclusive jurisdiction to enforce the terms of this Settlement Agreement.

**G. Additional Documents**

**PLAINTIFFS** agree to cooperate fully and execute any and all supplementary documents and to take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Settlement Agreement.

**H. Entire Agreement and Successors in Interest**

This Settlement Agreement contains the entire agreement by **PLAINTIFFS** with regard to the matters set forth in it and shall be binding upon and inure to the benefit of his executors, administrators, personal representatives, heirs, successors and assigns.

[redacted]

**J. Confidentiality**

**PLAINTIFFS** further stipulate and agree that they shall not disclose to any person or entity, governmental, private or otherwise, in any fashion or form, and for any purpose, any information, testimonial or documentary, relating to this settlement or Agreement except as required by law or by Court Order. **PLAINTIFFS** agree and acknowledge that this confidentiality provision is valuable consideration in exchange for the payment hereunder. **PLAINTIFFS** agree that all negotiations pertaining to settlement, the existence of this Agreement, all terms and conditions of this Agreement, and the amount of settlement of this matter will be regarded as **privileged and confidential** communications and shall be kept strictly confidential and that they will not disclose, release or permit or cause to be disseminated or released such matters by publication of any sort, by any manner or means. It is agreed, and **PLAINTIFFS** understand, however, that they may discuss the terms and the amount of this Agreement with any attorney(s), accountant(s) or tax advisor(s) with whom they consult for professional advice, but that any such persons and entities are to be advised of this covenant of confidentiality and that they may not

S.S
Shalmon Stennis

Dr. Lauren Stennis

disclose the facts of, or the terms or amount of, this Agreement to anyone else. If asked about the case and its resolution, **PLAINTIFFS** agree that they will only respond that the matter is concluded. **PLAINTIFFS** further agree that they will not voluntarily make any oral or written communication to any person or entity, other than as excepted in this Paragraph, regarding the facts of or the terms or conditions of this Agreement or the amount of settlement. **PLAINTIFFS** agree that **DEFENDANTS** will be entitled to damages, including attorneys' fees and costs, if **PLAINTIFFS** violate this confidentiality provision.

**K. Additional Obligations**

In further consideration for the payment described herein, **PLAINTIFFS** agree to the obligations outlined in Attachments 1 and 2 to this agreement, which are incorporated herein.

[signature page to follow]

S.S

Shalmon Stennis

Dr. Lauren Stennis

## SIGNATURE PAGE

**THUS DONE AND EXECUTED** in multiple originals this 10th day of February, 2026.

By: _______________
**SHALMON STENNIS**

_______________
**DR. LAUREN STENNIS**

**WITNESS:**
By: _______________

Printed Name: Jessica Napoleon

**WITNESS:**
By: _______________

Printed Name: Mikal Howard

Sworn to and subscribed before me, Notary,

this 10th day of February, 2026.

_______________
NOTARY PUBLIC

VADA V WILLINGHAM NOTARY PUBLIC COMMISSIONED FOR LIFE NOTARY ID NO. 132041 JEFFERSON PARISH, LA

Notary/Bar No.: 132041

My Commission Expires: AT DEATH

ATTACHMENT 1

In further consideration for the amount received pursuant to the attached Agreement, PLAINTIFFS, Shalmon and Lauren Stennis, owners of 208 Solomon Drive, Slidell, LA 70458 / Lot 149, The Moorings of Oak Harbor, Phase 5 [the "Property"] hereby agree and stipulate to complete the following:

1. PLAINTIFFS will fill the backyard of the Property with dirt within 45 days from the effective date of the settlement agreement; the areas required to be filled with dirt are marked with flags in the photos attached as *in globo* exhibit A to this document. PLAINTIFFS will install sod as needed in the areas filled with dirt to prevent erosion of the filled areas.
2. PLAINTIFFS will paint the back door of their home black or white within 45 days from the effective date of the settlement agreement.
3. PLAINTIFFS will build permanent steps to connect the back door of their home to the ground within 90 days from the effective date of the settlement agreement.
4. PLAINTIFFS will plant 7 additional trees at 2 ½ inch trunk caliper and 8-10 feet in height on the Property within 45 days from the effective date of the settlement agreement
5. PLAINTIFFS may seek extensions to the above deadlines by appealing to the Moorings Board or the Master Board in writing. PLAINTIFFS hereby agree and stipulate that failure to complete the above obligations before the deadlines above, subject to any approved extensions, constitutes a violation of this Settlement Agreement and the covenants of The Moorings and the Oak Harbor Subdivisions. PLAINTIFFS acknowledge and stipulate that performance of the foregoing obligations was valuable consideration for DEFENDANTS in exchange for the settlement amount, without which DEFENDANTS would not have agreed to the terms of the Agreement. Thus, PLAINTIFFS specifically agree and stipulate that DEFENDANTS have the right to seek specific performance and/or damages, including attorneys' fees and costs, along with requesting PLAINTIFFS be held in contempt of court, if PLAINTIFFS fail to complete any of the foregoing obligations. For Items 1, 2, & 3, PLAINTIFFS shall submit information and any specifications, including a description of the work, photos, and any color information to The Moorings POA prior to commencing the work. Items 4 & 5 PLAINTIFFS shall submit the ARC / ACC applications for the work to be performed and completed through the Community Management Owner's Portal system and receive approval.
6. PLAINTIFFS agree and stipulate that substantial competition is not completion and each and every obligation above must be completed or else PLAINTIFFS have breached this Agreement. PLAINTIFFS agree and stipulate that the United States District Court for the Eastern District of Louisiana will maintain jurisdiction to enforce the terms of this Agreement. PLAINTIFFS further agree and stipulate that they will receive additional fines and penalties for violation of The Moorings' and the Oak Harbor Subdivision covenants if they fail to complete the above obligations before the set deadlines without prior approval and/or extensions from The Moorings POA or the Master Board.

[signature page to follow]

# SIGNATURE PAGE

AGREED on this 18th day of February 2026.

SHALMON STENNIS

DR. LAUREN STENNIS

STATE OF LOUISIANA
PARISH OF ORLEANS

WITNESS my hand and Notarial Seal at office this 18th day of February 2026.

VADA V WILLINGHAM
NOTARY PUBLIC
COMMISSIONED FOR LIFE.
NOTARY ID NO. 132041
JEFFERSON PARISH, LA

Notary Public # 132041
My Commission Expires: AT DEATH

ATTACHMENT 2

In further consideration of the amount received pursuant to the attached Agreement, PLAINTIFFS, Shalmon Stennis and Lauren Stennis, hereby acknowledge that there is an appeals process in place to challenge notices and fines related to violations of the Covenants of The Moorings and the Oak Harbor Subdivision. PLAINTIFFS agree to exhaust the appeals process, as outlined below, if they disagree with any violation notices or fines.

Appeal Process:

The best time to address violations is when you first receive NOTICE of them, prior to receiving a fine. If you receive a violation NOTICE that you believe is in error or involves extenuating circumstances, please follow these steps immediately to try to resolve the issue before further escalation or fines. However, this same appeal process can also apply after a fine is issued.

1. Contact Community Management by calling 225-503-2648 or emailing through the resident portal at CMGT.org. Explain the circumstances to Community Management to attempt to resolve the issue.
2. If the issue cannot be resolved by contacting Community Management, contact the Moorings Board. You appeal to the Moorings Board by submitting your appeal request through the CMGT resident portal under General Request.
3. If the Moorings Board does not resolve the issue to your satisfaction, you can appeal to the Oak Harbor Master Board. There are two ways to appeal to the Oak Harbor Master Board:
    a. You can appear in person to explain the extenuating circumstances. To appear in person, you must first email oakharborslidell@gmail.com to be added to the agenda for the next Oak Harbor Master Board meeting. The Oak Harbor Master Board meets quarterly (in March, June, September, and December on varying dates), and you must email at least two weeks before the next meeting to be added to the agenda. After you have been added to the agenda, appear in person to let the board know about any extenuating circumstances as to why the violation or fine was issued improperly. OR
    b. You can send a message through your resident portal with any info or documentation that you want the board to review. This message must be sent at least two weeks before the next quarterly meeting or else it will not be considered until the following meeting.
4. If you are still unsatisfied with the result, please contact Lynne LaGrossa directly at oakharborslidell@gmail.com.

[signature page to follow]

# SIGNATURE PAGE

AGREED on this 18th day of February 2026.

SHALMON STENNIS

DR. LAUREN STENNIS

STATE OF LOUISIANA
PARISH OF ORLEANS

WITNESS my hand and Notarial Seal at office this 18th day of February 2026.

VADA V WILLINGHAM
NOTARY PUBLIC
COMMISSIONED FOR LIFE
NOTARY ID NO. 132041
JEFFERSON PARISH, LA

Notary Public # 032041
My Commission Expires: AT DEATH





[redacted]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHALMON J. STENNIS and DR. LAUREN STENNIS, DDS | * | CIVIL ACTION NO. 24-cv-00269 |
| | * | DISTRICT JUDGE SUSIE MORGAN |
| VERSUS | * | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |
| THE MOORINGS OF OAK HARBOR PROPERTY OWNERS' ASSOCIATION, INC., COMMUNITY MANAGEMENT, LLC, MICHAEL FELGER and KELLY CAMPBELL | * | |

*****************************************************************************

**CONFIRMATION OF RECEIPT OF SETTLEMENT CHECKS**

I, Shalmon Stennis, hereby certify that on 2-11-26, I personally received the following checks:

1. Check No. [redacted] from CNA totaling [redacted]
2. Check No. [redacted] from Berkley Insurance Company and Nautilus Insurance Company totaling [redacted]

Printed Name(s): Shalmon Stennis

Signature(s): Shal J St

Date: 2-[redacted]-26