**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **SHALMON J. STENNIS and DR. LAUREN STENNIS, DDS** | * * * * * | **CIVIL ACTION NO. 24-cv-00269** <br> **DISTRICT JUDGE SUSIE MORGAN** |
| **VERSUS** | * * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **THE MOORINGS OF OAK HARBOR PROPERTY OWNERS' ASSOCIATION, INC., COMMUNITY MANAGEMENT, LLC, MICHAEL FELGER and KELLY CAMPBELL** | * * * * * | |

**************************************************************************

**DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT, COMPEL SPECIFIC PERFORMANCE, AND AWARD ATTORNEYS' FEES, COSTS, AND SANCTIONS**

**NOW INTO COURT**, through undersigned counsel, come Defendants, The Moorings of Oak Harbor Property Owners' Association, Inc., Community Management, LLC, and Michael Felger (collectively "Defendants") who respectfully move this Court to enforce the parties' Receipt, Release, and Indemnification Agreement ("Settlement Agreement") entered into on February 10, 2026, compel specific performance of Plaintiffs' obligations thereunder, and award attorneys' fees, costs, and sanctions for Plaintiffs' material breach of the terms of the Settlement Agreement.

In support of this Motion, Defendants state the following:

I. On October 29, 2025, this Court entered its Order of Dismissal after the parties advised the Court that they had reached a settlement. The Court expressly retained jurisdiction to enforce the settlement agreement. *See* Doc. 69.

II. Thereafter, on February 10, 2026, the parties executed a Receipt, Release, and Indemnification Agreement ("Settlement Agreement"), under which Defendants paid

Plaintiffs a monetary sum to resolve the claims asserted in this litigation. *See* Receipt, Release, and Indemnification Agreement, attached hereto as Sealed Exhibit 1.

1. As material consideration for that payment, Plaintiffs expressly agreed to fulfill the obligations set forth in Attachment 1 of the Settlement Agreement. *Id.* at p. 9.
2. Attachment 1 required Plaintiffs, among other things, to: (a) fill designated portions of their backyard within 45 days; (b) paint their back door white within 45 days; (c) install sod; (d) construct permanent rear steps within 90 days; and (d) plant seven additional trees at 2 1/2 inch trunk caliper and 8-10 feet in height on the Property within 45 days. *Id*.
3. Attachment 1 expressly provides that "failure to complete the above obligations before the deadlines above, subject to any approved extensions, constitutes a violation of this Settlement Agreement." *Id*.
4. Attachment 1 further provides that "substantial completion is not completion and each and every obligation above must be completed or else PLAINTIFFS have breached this Agreement." *Id*.
5. Defendants fully performed their obligations under the Settlement Agreement by funding and delivering the negotiated settlement payment to Plaintiffs.
6. Plaintiffs accepted and retained the settlement proceeds but failed to complete the obligations required by Attachment 1. Upon information and belief, Plaintiffs completed only one of the five required obligations—painting the rear door—while leaving the remaining contractual obligations wholly unperformed. Declaration of Michael Felger, attached hereto as Exhibit 2.
7. Plaintiffs did not obtain extensions from the Moorings Board or the Oak Harbor Master Board as permitted by Attachment 1. *Id.*

8. The deadlines established by the Settlement Agreement have expired, and Plaintiffs remain in material breach of the Settlement Agreement.

9. Attachment 1 expressly authorizes Defendants to seek "specific performance and/or damages, including attorneys' fees and costs" if Plaintiffs fail to complete the required obligations. *Id.*

10. As a direct result of Plaintiffs' breach, Defendants have incurred attorneys' fees and costs that would not otherwise have been incurred but for Plaintiffs' failure to honor the Settlement Agreement.

**WHEREFORE,** Defendants respectfully pray that this Motion be granted and that this Court:

a) reopen this matter for the limited purpose of enforcing the Settlement Agreement;
b) find that Plaintiffs materially breached the Settlement Agreement;
c) order Plaintiffs to perform all remaining obligations required by Attachment 1 within a deadline established by the Court;
d) require Plaintiffs to produce proof of compliance;
e) award Defendants their attorneys' fees and costs incurred in enforcing the Settlement Agreement;
f) award such additional sanctions as the Court deems appropriate; and
g) grant such other relief as justice requires.

Respectfully Submitted:

s/*Caroline J. Mowrey*________________________
Caroline J. Mowrey (#37295)
**Gordon Rees Scully Mansukhani, LLP**
201 Saint Charles Ave. Suite 2500
New Orleans, Louisiana 70170
Telephone: 504-528-3088
Facsimile: (504) 586-3419
cmowrey@grsm.com
***Counsel for The Moorings of Oak Harbor Property Owner's Association, Inc., Community Management, LLC, and Michael Felger***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion has been served upon all counsel of record by operation of the Court's CM/ECF system on this 29th day of July, 2026.

*/s/ Caroline J. Mowrey*